# Third District Court of Appeal

## State of Florida

Opinion filed November 10, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-940
Lower Tribunal No. 19-1776
_____

**Diana Lebron, etc.,**
Appellant,

vs.

**In re: Guardianship of Esmerida Gomez,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Milton Hirsch, Judge.

Law Offices of Mendez & Mendez, P.A., and Sergio L. Mendez, Daniel J. Mendez and Lorena Friger, for appellant.

Harper Meyer Perez Hagen Albert Dribin & DeLuca LLP, and Michael A. Dribin and Alexander I. Cohen, for appellee Anwar Hazzi.

Before FERNANDEZ, C.J., and EMAS and SCALES, JJ.

PER CURIAM.

Affirmed.